## No. 584.

### LEONARD J. SMITH VS. HARVEY HOPKINS ET AL.

Where loss of the transcript of appeal has been alleged and leave has been given to file another transcript, and several years have elapsed without a new transcript being filed, the appellees cannot be held *in perpetuam*, and the appeal will be dismissed.

APPEAL from the District Court of Iberia.

*Gates & Foster* for Plaintiff Appellant. *J. A. Breaux* and *Gary* for Defendant.

MANNING, C. J., delivered the opinion dismissing the appeal.

## No. 1034.

### THE STATE VS. JOSEPH COATES ET AL.

While no witness stated *in ipsissimis verbis* that the offence was committed in Orleans Parish, there was abundant proof of the *locus* by the designation of the street in New Orleans, and the number of the house and its distance from a named public market in that city, and from the police station where one of the defendants surrendered, and this proof the jury found sufficient.

A severance not having been prayed, it is not good ground of motion for a new trial by one of the defendants that his rights were prejudiced by the joint trial, because their separate defences were antagonistic and inconsistent with the theory of innocence.

Nor is it good ground for a new trial that the defendant praying it was surprised at the position taken by his co-defendant, and the evidence furnished by him to sustain it. That his co-defendant helped the State to make out its case may be a surprise to him, but not such surprise as is a legal cause for a new trial.

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

The Attorney General for the State. *Pratt* for Defendant.

MANNING, C. J., delivered the opinion affirming the judgment.